```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 08243
   THOMAS L WATSON
   PATRICIA A WATSON                         CHAPTER 13

                                             JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-7973     SSN XXX-XX-5195


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/05/07 .

   2.  The case was dismissed without confirmation, 10/19/2007.

   3.  The Debtor paid a total of $   1545.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | 266.00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| REVENUE PRODUCTION MANAG | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |

```
        Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 266.00 | .00 | .00 | .00 | 266.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID              266.00        .00        .00        .00      266.00
```
The Debtor's attorney, KONSTATINE T SPARAGIS            , was allowed $   3000.00
and was paid $     700.00  direct and $   1213.62  through the plan.

The Trustee received $      65.38 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 10/14/07                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE